OSCN Found Document:IN RE AMENDMENT OF RULES FOR MANAGEMENT OF OKLA. COURT INFORMATION SYSTEM

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE AMENDMENT OF RULES FOR MANAGEMENT OF OKLA. COURT INFORMATION SYSTEM
2014 OK 89
Decided: 10/31/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 89, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

In re Amendment of the Rules for Management of the Oklahoma Court Information System.

ORDER

¶ 1 The following Rule 9 of the Rules for Management of the Oklahoma Court Information System is hereby adopted effective immediately.

Rule 9. Authorizing Access to Court Data

The Chief Justice or the Supreme Court, may authorize designated individuals to access court data and to use the Oklahoma Court Information System, in one or more district courts, or in the appellate courts, and assign appropriate security clearances to those individuals, to access court data and utilize the Oklahoma Court Information system to perform tasks approved by the Supreme Court.

This rule shall be codified as Rule 9 of the Rules for Management of the Oklahoma Court Information System, Okla. Stat. tit. 20, ch. 18, app. 2.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 23rd day of October, 2014.

/S/CHIEF JUSTICE

CONCUR: Colbert, C.J., Reif, V.C,J., Kauger, Watt, Winchester, Edmondson, Taylor, Gurich, JJ.

NOT VOTING: Combs, J.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 Title 20. Courts
 Cite
Name
Level

 20 O.S. Rule 9, Authorizing Access to Court Data
Cited


 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.